## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Christopher L. Mobley, | Civil No. 06-2139 (DWF/RLE) |
| Plaintiff, | |
| v. | **ORDER ADOPTING THE REPORT AND RECOMMENDATION** |
| Carlton County, | |
| Defendant. | |

Christopher L. Mobley, *Pro Se*, Plaintiff.

Based upon the Findings and Recommendation of the United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED:**

1. That the Plaintiff's Application to Proceed In Forma Pauperis (Doc. No. 2) is **DENIED**, as moot.

2. That this action is summarily **DISMISSED** pursuant to Title 28 U.S.C. §1915(e)(2)(B)(ii) and (iii).


Dated: June 23, 2006               s/Donovan W. Frank
                                   DONOVAN W. FRANK
                                   Judge of United States District Court